JEFFREY A. SWEDO (SBN: 78361)          **REMAND/JS-6**
jswedo@gordonrees.com
STEPHANIE P. ALEXANDER (SBN: 205701)
salexander@gordonrees.com
NATASHA M. WU (SBN: 286163)
nwu@gordonrees.com
GORDON & REES LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612
Telephone: (949) 255-6950
Facsimile: (949) 474-2060

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEATHER TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC, and DOES 1 through 100, Inclusive<br><br>    Defendants. | NO. CV 17-318-GW(AGRx)<br><br>*Removed from the Superior Court Of California, Los Angeles County, Case No. BC627067*<br><br>**STIPULATION TO DISMISS PLAINTIFF'S FALSE ADVERTISING CLAIM UNDER THE LANHAM ACT AND TO REMAND REMOVED ACTION; AND ORDER**<br><br>Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Alicia G. Rosenberg<br><br>Action Filed: July 21, 2016<br>First Amended Complaint served: December 16, 2016<br>Date removed: January 13, 2017 |

///

///

///

-1-
STIPULATION TO DISMISS PLAINTIFF'S FALSE ADVERTISING CLAIM UNDER THE LANHAM ACT
AND TO REMAND REMOVED ACTION
CASE NO. 2:17-cv-00318 GW (AGRx)

Plaintiff Keather Taylor ("Plaintiff") and Defendant Uber Technologies, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

## RECITALS

A. On July 21, 2016, Plaintiff filed a Complaint against Defendant in the Superior Court of California, County of Los Angeles, <u>Keather Taylor v. Uber Technologies, Inc.</u>, Case No. BC627067 (the "State Court Action"). Plaintiff did not effect service of her initial Complaint on Defendant at that time.

B. On December 1, 2016, Plaintiff filed a First Amended Complaint in the State Court Action.

C. On December 16, 2016, Plaintiff served her First Amended Complaint on Defendant.

D. On January 13, 2017, Defendant noticed the removal of this action from the Superior Court of California, Los Angeles County to the United States District Court, Central District of California, pursuant to 28 U.S.C. §§ 1441 and 1446, based on federal question jurisdiction. Specifically, in her First Amended Complaint, Plaintiff asserts a claim for damages against Defendant arising out of an alleged violation of Section 43(A) of The Lanham Act, 15 U.S.C. § 1125.

E. On February 3, 2017, this Court issued an Order to Show Cause regarding federal subject matter jurisdiction.

F. On February 8, 2017, Counsel for Plaintiff and Defendant met and conferred regarding the Court's Order to Show Cause. Counsel for Plaintiff discussed with counsel for Defendant that Plaintiff was willing to dismiss that portion of her Fourth Claim for Relief for False Advertising alleged to arise out of a violation of Section 43(A) of the Lanham Act, 15 U.S.C. § 1125.

G. On February 13, 2017, Counsel for both Plaintiff and Defendant further met and conferred regarding federal court jurisdiction in light of Plaintiff's

*Gordon & Rees LLP*
*2211 Michelson Drive Suite 400*
*Irvine, CA 92612*

-2-
STIPULATION TO DISMISS PLAINTIFF'S FALSE ADVERTISING CLAIM UNDER THE LANHAM ACT
AND TO REMAND REMOVED ACTION
CASE NO. 2:17-cv-00318 GW (AGRx)

proposal to voluntary dismiss her False Advertising claim under Section 43(A) of The Lanham Act, 15 U.S.C. § 1125.

H.   Counsel for the Parties agree that following a dismissal of that portion of Plaintiff's Fourth Claim for Relief for False Advertising alleged to arise out of a violation of Section 43(A) of The Lanham Act, 15 U.S.C. § 1125, the United States District Court for the Central District of California will no longer have subject matter jurisdiction over this action.

## STIPULATION OF THE PARTIES

1.   The Parties respectfully request that the Court dismiss, without prejudice, all portions of Plaintiff's Fourth Claim for Relief for False Advertising alleged to arise out of a violation of Section 43(A) of The Lanham Act, 15 U.S.C. § 1125.

2.   The Parties agree that upon dismissal of the Lanham Act claim, this Court will no longer have federal subject matter jurisdiction.

3.   The Parties request this Court remand the action to the Superior Court of California, County of Los Angeles, where this action was originally filed.

Dated: February ____, 2017

GARY A. DORDICK, A LAW CORPORATION

By: _____
Gary A. Dordick
Attorneys for Plaintiff
KEATHER TAYLOR

Dated: February 17, 2017

By: _____
Jeffrey A. Swedo
Stephanie P. Alexander
Natasha M. Wu
Attorneys for Defendant
UBER TECHNOLOGIES, INC.

Gordon & Rees LLP
2211 Michelson Drive Suite 400
Irvine, CA 92612

# **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED. The Parties shall comply with the above stipulation's provisions.

Dated: February 21, 2017

*[signature: George H. Wu]*

GEORGE H. WU, U.S. DISTRICT JUDGE

**Gordon & Rees LLP**
**2211 Michelson Drive Suite 400**
**Irvine, CA 92612**

1112750/31656675v.1

-4-
STIPULATION TO DISMISS PLAINTIFF'S FALSE ADVERTISING CLAIM UNDER THE LANHAM ACT AND TO REMAND REMOVED ACTION
CASE NO. 2:17-cv-00318 GW (AGRx)